THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Angelo Mayo Sobreo, Appellant.
 
 
 

Appeal From Richland County
Carmen Tevis Mullen, Circuit Court Judge

Unpublished Opinion No.   2011-UP-160
Submitted April 1, 2011  Filed April 13, 2011

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney
 General A. West Lee, and Solicitor Daniel E. Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Angelo Mayo Sobreo appeals his plea of guilty but mentally ill for assault and battery with intent to kill.  On appeal, Sobreo argues
the trial court erred in accepting his guilty plea because the plea was involuntary.  We affirm[1] pursuant to
Rule 220(b)(1), SCACR, and the following authorities:  State v. McKinney, 278 S.C. 107, 108, 292 S.E.2d 598, 599 (1982) (finding the
appellant's failure to object to the involuntary nature of a guilty plea at trial precludes consideration of the issue on appeal); In the Interest of Antonio
H., 324 S.C. 120, 122, 477 S.E.2d 713, 714 (1996) ("The proper avenue in which to challenge a guilty plea which is not objected to at the
time of its entry is through post-conviction relief.").  
AFFIRMED.
HUFF, SHORT, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.